UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 19-1644
(1:18-cv-02357-ELH)

———————————

MAYOR AND CITY COUNCIL OF BALTIMORE

   Plaintiff - Appellee

v.

BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CROWN
CENTRAL LLC; CROWN CENTRAL NEW HOLDINGS LLC; CHEVRON CORP.;
CHEVRON U.S.A. INC.; EXXON MOBIL CORP.; EXXONMOBIL OIL
CORPORATION; CITGO PETROLEUM CORP.; CONOCOPHILLIPS;
CONOCOPHILLIPS COMPANY; PHILLIPS 66; MARATHON OIL COMPANY;
MARATHON OIL CORPORATION; MARATHON PETROLEUM CORPORATION;
SPEEDWAY LLC; HESS CORP.; CNX RESOURCES CORPORATION; CONSOL
ENERGY, INC.; CONSOL MARINE TERMINALS LLC; SHELL PLC; SHELL USA,
INC.

   Defendants - Appellants

 and

LOUISIANA LAND & EXPLORATION CO.; PHILLIPS 66 COMPANY; CROWN
CENTRAL PETROLEUM CORPORATION

   Defendants

------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
NATIONAL ASSOCIATION OF MANUFACTURERS; NATIONAL ASSOCIATION
OF CONVENIENCE STORES; SOCIETY OF INDEPENDENT GASOLINE
MARKETERS OF AMERICA; ENERGY MARKETERS OF AMERICA; ENERGY
POLICY ADVOCATES; STATE OF INDIANA; STATE OF ALABAMA; STATE OF
ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF KANSAS;

STATE OF KENTUCKY; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; STATE OF WYOMING

Amici Supporting Appellant

STATE OF MISSOURI

Amicus Supporting Rehearing Petition

NATIONAL LEAGUE OF CITIES; U. S. CONFERENCE OF MAYORS; INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION; PUBLIC CITIZEN, INC.; SHELDON WHITEHOUSE; EDWARD J. MARKEY; STATE OF MARYLAND; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; MARIO J. MOLINA; MICHAEL OPPENHEIMER; BOB KOPP; FRIEDERIKE OTTO; SUSANNE C. MOSER; DONALD J. WUEBBLES; GARY GRIGGS; PETER C. FRUMHOFF; KRISTINA DAHL; NATURAL RESOURCES DEFENSE COUNCIL; ROBERT BRULLE; CENTER FOR CLIMATE INTEGRITY; CHESAPEAKE CLIMATE ACTION NETWORK; JUSTIN FARRELL; BEN FRANTA; STEPHAN LEWANDOWSKY; NAOMI ORESKES; GEOFFREY SUPRAN; UNION OF CONCERNED SCIENTISTS; SCHOLARS OF FOREIGN RELATIONS AND FEDERAL COURTS; STATE OF DELAWARE; STATE OF HAWAI"I; STATE OF MAINE; STATE OF MINNESOTA; STATE OF NEW MEXICO; COMMONWEALTH OF MASSACHUSETTS; DISTRICT OF COLUMBIA

Amici Supporting Appellee

————————————

O R D E R

————————————

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk