# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 24, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re: BP p.l.c., et al.
v. Mayor and City Council of Baltimore
No. 22-361
(Your No. 19-1644)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

**Scott S. Harris**, Clerk